Jose De Jesus **LOPEZ–HUEDA,** Petitioner,

v.

John **ASHCROFT,** Attorney General, Respondent.

No. 03–71051.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2004.*

Decided March 23, 2004.

---

* The panel unanimously finds this case suitable

Edgardo Quintanilla, Esq., Attorney at Law, Keren Bahar, Law Offices of Edgardo Quintanilla, Sherman Oaks, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Mary Jane Candaux, Esq., Victor M. Lawrence, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before B. FLETCHER, WARDLAW and CLIFTON, Circuit Judges.

### MEMORANDUM **

Jose de Jesus Lopez–Hueda, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") decision denying his motion to reopen proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion, *Cano–Merida v. INS,* 311 F.3d 960, 964 (9th Cir.2002), and we deny the petition for review.

Lopez–Hueda asserts that the BIA violated his right to due process by denying his motion to reopen. Because he offers no argument in support of this assertion, we do not consider it. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1260 (9th Cir.1996) (issues raised in a brief that are not supported by argument are deemed abandoned).

**PETITION FOR REVIEW DENIED.**

for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the